IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAN WILLIAM STOUT,

    Petitioner,        No. CIV S-02-1276 FCD JFM P

  vs.

A.K. SCRIBNER, Warden,

    Respondent.       ORDER

_____/

On June 20, 2005, petitioner filed a motion for an extension of time to file and serve objections to this court's June 3, 2005 findings and recommendations. On June 23, 2005, petitioner filed a duplicate request.[1] Good cause appearing, petitioner's requests for an extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's June 20, 2005 and June 22, 2005 requests for an extension of time are granted; and

/////

---

[1] Neither request was served on respondent. Petitioner is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5; See Local Rule 5-135(b). However, because respondent's counsel received notice of petitioner's requests through CM/ECF, this court will address petitioner's requests.

2. Petitioner is granted sixty days from the date of this order in which to file and serve objections.

DATED: July 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
stou1276.ext