IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAN WILLIAM STOUT,

    Petitioner,               No. CIV S-02-1276 FCD JFM P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.          <u>ORDER</u>

_____/

        On September 7, 2005, petitioner filed his second request for extension of time to file objections to this court's June 3, 2005 findings and recommendations. On July 8, 2005, petitioner's first request for a 60 day extension of time was granted. In his second request, petitioner seeks an additional 30 days in which to file his objections. Good cause appearing, petitioner's second request for an extension of time will be granted. However, petitioner is cautioned that no further extensions of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's second request for extension of time, filed September 7, 2005, is granted; and

/////

2. Petitioner shall file his objections, if any, no later than October 3, 2005.

DATED: September 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1stou1276.36b